IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RITCHIE E. BUFFORD,

                               ORDER

           Petitioner,

                           08-cr-68-bbc

      v.                        15-cv-494-bbc

UNITED STATES OF AMERICA,

           Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On August 10, 2015, petitioner Ritchie E. Bufford filed a petition under 28 U.S.C. § 2255, contending that his sentence is unconstitutional in light of the United States Supreme Court's recent holding in United States v. Johnson, 135 S.C. 2551 (2015).  In Johnson, the Court held that imposing an increased sentence under the residual clause of the Armed Career Criminal Act,  18 U.S.C. § 924(e)(1), violates the due process clause of the Constitution, because the provision is unconstitutionally vague.  In an order entered on September 14, 2015, I set briefing on the motion.

Now petitioner has written to the court to ask for appointment of counsel. His motion is GRANTED.  The federal defender is ordered to appoint counsel to represent petitioner.   Once counsel is appointed, the court will set a new briefing schedule on the motion.  The current briefing schedule is stricken.

ORDER

IT IS ORDERED that petitioner Ritchie Bufford's motion for appointment of counsel

is GRANTED.

The Federal Defender is ordered to appoint counsel to represent petitioner on his

motion.

Entered this 28th day of September, 2015.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge