UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
_____

RITCHIE E. BUFFORD,

        Petitioner-Appellant,

vs.                                                                                     Case No. 15-cv-494

UNITED STATES OF AMERICA,

        Respondent-Appellee
_____

**NOTICE OF APPEAL**

        Ritchie Bufford, by counsel, hereby gives notice pursuant to Fed. R. App. P. 3(c) & 4(a)(1)(B) that he appeals the order denying his petition under 28 U.S.C. § 2255, which was imposed on June 2, 2016, in the United States District Court for the Western District of Wisconsin, the Honorable Barbara B. Crabb presiding. Mr. Bufford takes this appeal to the United States Court of Appeals for the Seventh Circuit.

        The district court issued a certificate of appealability pursuant to 28 U.S.C. § 2253 & Fed. R. App. P. 22(b), authorizing this appeal, in the same order denying the § 2255 petition.

        With this notice of appeal, Mr. Bufford also files the docketing statement required by Circ. Rule 3 (7th Cir.), combined with a Cir. Rule 26.1 disclosure statement. Mr. Bufford also files a motion to proceed *in forma pauperis* on appeal.

FEDERAL DEFENDER SERVICES

OF WISCONSIN, INC.

Dated at Madison, Wisconsin this 28th day of July, 2016.

        Respectfully submitted,
        RITCHIE BUFFORD, Petitioner

        */s/ Joseph L. Toth*
        Joseph L. Toth
        Joseph A. Bugni

        FEDERAL DEFENDER SERVICES
         OF WISCONSIN, INC.
        22 East Mifflin Street, Suite 1000
        Madison, WI 53703
        Tel: 608-260-9900
        Fax: 608-260-9901
        Joseph_toth@fd.org